RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Rocco Lazazzaro

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00485-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| vs. | **(First Request)** |
| ROCCO LAZAZZARO, | **(Emergency Consideration Requested)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for defendant ROCCO LAZAZZARO, that the Motion hearing currently scheduled for March 25, 2013, at the hour of 10:00 a.m., be vacated and set to any day next week; however, in no event earlier than Tuesday, March 26, 2013.

This Stipulation is entered into for the following reasons:

1.   Defense counsel will be out of the office on an office mandated furlough day during the presently scheduled hearing date and time.

2.   Additionally, defense counsel is the attorney who has specific knowledge of the case and respectfully requests a resetting of the motion hearing in this matter.

3. The defendant Lazazzaro is incarcerated does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow for a resetting in this matter.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request to continue the motion hearing date filed herein.

DATED this 21st day of March, 2013.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of America |
| /s/ Shari L. Kaufman<br>By: _____<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender<br>Counsel for Rocco Lazazzaro | /s/ Christina M. Brown<br>By: _____<br>CHRISTINA M. BROWN<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCCO LAZAZZARO,<br><br>Defendant. | 2:12-cr-00485-GMN-PAL<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the motion hearing currently scheduled for Monday, March 25, 2013, at the hour of 10:00 a.m., be vacated and continued to  Thursday, 3/28/2013  at the hour of  9:00am  .

DATED ýj ku'44pf day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3